IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN LEE DISNEY,

        Plaintiff,                  No. CIV S-06-1323 MCE DAD P

    vs.

J.L. COBBS,

        Defendant.              ORDER

_____/

        Plaintiff has requested an extension of time to file objections to the March 22, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 26, 2007 motion for an extension of time is granted; and

        2. Plaintiff shall file objections to the March 22, 2007 findings and recommendations on or before June 11, 2007.

DATED: May 10, 2007.

                                                               DALE A. DROZD
                                                               UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
disn1323.36