IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN LEE DISNEY,                                    No. 2:06-cv-01323-MCE-DAD-P

      Plaintiff,

  v.                                                          ORDER

J.L. COBBS,

      Defendant.

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On March 22, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  On May 11, 2007, plaintiff was granted an extension of time to June 11, 2007 to file objections.  On June 18, 2007, plaintiff was granted one final extension of time to July 16, 2007 to file objections.  The time period has now expired and plaintiff has not filed objections to the findings and  recommendations.

/////

1  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed March 22, 2007, are adopted in full;

    2. Plaintiff's June 15, 2006 motion to proceed in forma pauperis is denied; and

    3. This action is dismissed for failure to state a cognizable claim.

Dated:  August 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE